THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William Sofia, Appellant.
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2008-UP-610
 Submitted November 3, 2008  Filed
November 6, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 Office of the Attorney General, all of Columbia; and Solicitor J. Gregory
 Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  William Sofia appeals his conviction of murder and
 assault and battery of a high and aggravated nature, and consecutive sentences
 of thirty and five years, respectively.  Sofia argues the trial court erred by
 failing to charge the jury on involuntary manslaughter.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Sofias appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.